ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

      Social Security Administration
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8974
      Facsimile:  (415) 744-0134
      E-Mail:  Ann.Maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DANIEL L. RASH, II,     ) | **EDCV 10-0861 CW** |
|     ) | |
|    Plaintiff,     ) | **JUDGMENT** |
|     ) | |
|     v.     ) | |
|     ) | |
| MICHAEL J. ASTRUE,     ) | |
| Commissioner of Social Security,  ) | |
|     ) | |
|    Defendant.     ) | |
| _____) | |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation of Remand.

DATED: March 17, 2011                /S/
                                 Carla Woehrle
                                 UNITED STATES MAGISTRATE JUDGE